# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2021 ND 156

Interest of G.J.E.P., Jr., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| G.J.E.P., Sr., father, | Respondent and Appellant |
| and | |
| G.J.E.P., Jr., child; J.R., mother; | Respondents |

### No. 20210188

Interest of M.V.P., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| G.J.E.P., Sr., father, | Respondent and Appellant |
| and | |
| M.V.P., child; J.R., mother; | Respondents |

### No. 20210189

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State's Attorney, and Samantha Schmidt, under the Rule on Limited Practice of Law by Law Students, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Ashley K. Schell, Williston, ND, for respondent and appellant; submitted on brief.

**Interest of G.J.E.P. and M.V.P. - Nos. 20210188 and 20210189**

**Per Curiam.**

[¶1]   G.P. Sr. appeals from a juvenile court judgment terminating his parental rights to G.P. Jr. and M.P.  G.P. Sr. argues the evidence presented at trial does not support a finding, by clear and convincing evidence, that it was in the children's best interests to terminate his parental rights. He claims alternatives to termination were available. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. The court did not abuse its discretion in terminating G.P. Sr.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte